The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK VINIELLO AND OVER ACTIVE IMAGINATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:23-cv-01866-MLP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER RE LEAVE TO FILE SECOND AMENDED COMPLAINT (DKT. 17)**<br><br>NOTE ON MOTION CALENDAR:<br>March 25, 2024 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15, the parties, by and through counsel, stipulate and agree as follows:

1. On December 5, 2023, plaintiffs Mark Viniello and Over Active Imaginations, Inc. ("OAI") filed a Complaint for Patent Infringement (Dkt. 1) against Amazon.com, Inc. ("Amazon"), which asserted infringement of U.S. Patent No. D743,669 (the "'669 patent"), U.S. Patent No. D751,792 (the "'792 patent"), and U.S. Patent No. D792,055 (the "'055 patent").

2. On January 24, 2024, plaintiffs Mr. Viniello and OAI filed a First Amended Complaint for Patent Infringement (Dkt. 5) against Amazon, which asserted infringement of the '669, '792, and '055 patents.

STIP MOT. & [PROPOSED] ORDER
RE SECOND AM. COMPL.
(Case No. 2:23-cv-01866-MLP) - 1

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301

3. Both the Complaint for Patent Infringement and the First Amended Complaint for Patent Infringement allege that Mr. Viniello owns the '669 patent and the '792 patent, and that OAI owns the '055 patent.

4. Mr. Viniello and OAI represent that on March 15, 2024, they entered into assignment agreements assigning all rights in the '669 patent and the '792 patent from Mr. Viniello to OAI.

5. On March 20, 2024, plaintiff OAI filed a Second Amended Complaint for Patent Infringement (Dkt. 17) against Amazon, which asserted infringement of the '669 patent, the '792 patent, and the '055 patent.

6. The Second Amended Complaint for Patent Infringement does not include Mr. Viniello as a party.

7. Amazon consents to OAI's filing of the Second Amended Complaint and the removal of Mr. Viniello as a party, while reserving all rights to otherwise challenge the Second Amended Complaint for Patent Infringement, including but not limited to the assignment agreements.

8. A copy of the Second Amended Complaint for Patent Infringement that indicates how it differs from the First Amended Complaint for Patent Infringement by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added is attached as **Exhibit A**. Plaintiff Over Active Imaginations, Inc., prepared this copy and represents it is accurate.

9. Subject to the Court's approval, the parties have agreed to ask the Court for leave to file the Second Amended Complaint and order the following:

   a. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Second Amended Complaint for Patent Infringement filed on March 20, 2024 (Dkt. 17) supersedes the First Amended Complaint for Patent Infringement.

   b. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Amazon's deadline to respond to the Second Amended Complaint for Patent Infringement is April 3, 2024.

STIP MOT. & [PROPOSED] ORDER
RE SECOND AM. COMPL.
(Case No. 2:23-cv-01866-MLP) - 2

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Tel: 503-595-5300; Fax: 503-595-5301

1      c. Mr. Viniello no longer asserts any claims in this litigation and is no longer a party in

2         this litigation.

3

4  IT IS SO STIPULATED.

5  DATED this 25th day of March, 2024.

6

                                             KLARQUIST SPARKMAN, LLP

7

8                                              By *s/ Klaus H. Hamm*
                                                 Klaus H. Hamm, *Pro Hac Vice*

9                                                   121 SW Salmon Street, Suite 1600
                                                 Portland, OR 97204

10                                                  Telephone: 503.595.5300
                                                 Email: klaus.hamm@klarquist.com

11

12                                              DAVIS WRIGHT TREMAINE LLP

13                                              By *s/ John Goldmark*
                                                 John Goldmark, WSBA # 40980

14                                                  Jennifer K. Chung, WSBA # 51583
                                                 920 5th Ave Ste 3300

15                                                  Seattle, WA 98104-1610
                                                 Telephone: 206.622.3150

16                                                  Email: JohnGoldmark@dwt.com
                                                 Email: JenniferChung@dwt.com

17
                                             **Attorneys for Amazon.com, Inc.**

18                                              MURTHY PATENT LAW INC.

19

20                                              By *s/ Karthik K. Murthy*
                                                 Karthik K. Murthy, WSBA # 44925

21                                                  3984 Washington Blvd., Suite 324
                                                 Fremont, CA 94538

22                                                  Telephone: 425.968.5242.
                                                 Email: K@MurthyPatentLaw.com

23
                                             **Attorney for Over Active Imaginations, Inc.**

24

25

26

27

STIP MOT. & [PROPOSED] ORDER                                     KLARQUIST SPARKMAN, LLP
RE SECOND AM. COMPL.                                        121 S.W. Salmon Street, Suite 1600
(Case No. 2:23-cv-01866-MLP) - 3                                  Portland, OR 97204
                                                              Tel: 503-595-5300; Fax: 503-595-5301

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 28th day of March, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIP MOT. & [PROPOSED] ORDER
RE SECOND AM. COMPL.
(Case No. 2:23-cv-01866-MLP) - 4

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301