The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK VINIELLO AND OVER ACTIVE IMAGINATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 2:23-cv-01866-MLP <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER RE CONTINUING INITIAL SCHEDULING DATES PENDING MOTION TO DISMISS (DKT. 20)** <br><br> NOTE ON MOTION CALENDAR: April 8, 2024 |

STIP MOT. & [PROP] ORDER
RE CONTINUING INITIAL SCHED DATES
(Case No. 2:23-cv-01866-MLP) - 1

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), the parties, by
2  and through counsel, stipulate and agree as follows:
3  1. On March 19, 2024, this Court issued an Order Regarding Initial Disclosures, Joint
4  Status Report, and Early Settlement (Dkt. 16) ("Initial Scheduling Order"). The Initial Scheduling
5  Order set the initial deadlines for the parties' FRCP 26(f) Conference (4/17/24), Initial Disclosures
6  (5/1/24), and Combined Joint Status Report and Discovery Plan (5/15/24) ("Initial Scheduling
7  Dates").
8  2. On April 2, 2024, Defendant Amazon.com, Inc. ("Amazon") filed a Motion to
9  Dismiss (Dkt. 20) which, if granted, could resolve this action in its entirety. The Motion to Dismiss
10 is noted on the motion calendar for April 26, 2024.
11 3. The parties agree that it would be more efficient for the Initial Scheduling Dates to
12 take place after the Court decides the pending Motion to Dismiss. The parties therefore request
13 that the Court extend the Initial Scheduling Dates as follows:

| Event | Old Date | New Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 4/17/24 | 14 days after the Court rules on the pending Motion to Dismiss |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/1/24 | 21 days after the Court rules on the pending Motion to Dismiss |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 5/15/24 | 28 days after the Court rules on the pending Motion to Dismiss |

STIP MOT. & [PROP] ORDER
RE CONTINUING INITIAL SCHED DATES
(Case No. 2:23-cv-01866-MLP) - 2

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301

1  IT IS SO STIPULATED.

2  DATED this 8th day of April, 2024.

3                  KLARQUIST SPARKMAN, LLP

4

5  By *s/ Klaus H. Hamm*
    Klaus H. Hamm, *Pro Hac Vice*
    121 SW Salmon Street, Suite 1600
6      Portland, OR 97204
    Telephone: 503.595.5300
7      Email: klaus.hamm@klarquist.com

8  DAVIS WRIGHT TREMAINE LLP

9

10  By *s/ Jennifer K. Chung*
    John Goldmark, WSBA # 40980
    Jennifer K. Chung, WSBA # 51583
11      920 5th Ave Ste 3300
    Seattle, WA 98104-1610
12      Telephone: 206.622.3150
    Email: JohnGoldmark@dwt.com
13      Email: JenniferChung@dwt.com

14  **Attorneys for Amazon.com, Inc.**

15  MURTHY PATENT LAW INC.

16

17  By *s/ Karthik K. Murthy*
    Karthik K. Murthy, WSBA # 44925
    3984 Washington Blvd., Suite 324
18      Fremont, CA 94538
    Telephone: 425.968.5242.
19      Email: K@MurthyPatentLaw.com

20  **Attorney for Over Active Imaginations, Inc.**

21

22  **ORDER**

23  Pursuant to stipulation, IT IS SO ORDERED.

24  DATED this 9th day of April, 2024.

25  *[signature]*

26  MICHELLE L. PETERSON
    United States Magistrate Judge

27

STIP MOT. & [PROP] ORDER
RE CONTINUING INITIAL SCHED DATES
(Case No. 2:23-cv-01866-MLP) - 3

KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Tel: 503-595-5300; Fax: 503-595-5301